# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**WILLIAM EDWARD MADDOX, JR.,**<br><br>　　　　　**Defendant.** | Case No.:　**5:22CR54**<br>**(BAILEY)** |

## DETENTION ORDER

On January 9, 2023, came the United States of America by Shawn Adkins, Assistant United States Attorney, and came Defendant, William Edward Maddox, Jr., in person, and by his counsel, Brian Kornbrath, Federal Public Defender, also in person, for a hearing on the United States' Motion [10] for Detention in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).

Defendant stands indicted and charged with Possession with Intent to Distribute 50 Grams or More of Methamphetamine.  Upon inquiry, Defendant's attorney represented to the Court that Defendant agreed to waive his right to a Detention Hearing.  The Court proceeded to inform Defendant that he is entitled to a Detention Hearing and advised Defendant of his rights regarding the same.  Defendant acknowledged his right to a Detention Hearing and confirmed his waiver of said hearing.  Therefore, the Court **FINDS** that Defendant, upon consultation with his attorney, knowingly and intelligently waived his right to a Detention Hearing in this matter.[1]

---

[1] Defense counsel requested the opportunity to reconsider the issue of detention at a later date, if warranted.  The Government had no objection to this request.

Based upon the knowing and intelligent waiver of Defendant to a Detention Hearing in this matter, it is **ORDERED** that the Government's Motion [10] for Detention is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. Defendant is hereby remanded to the custody of the United States Marshal pending further proceedings in this case;

2. Defendant be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel;

4. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding; and

5. Any Party seeking revocation or amendment of this Order shall file a Motion pursuant to 18 U.S.C. § 3145.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia, to the United States Marshals Service and to the United States Probation Office.

DATED: 1/9/2023

*/s/ James P. Mazzone*
JAMES P. MAZZONE
UNITED STATES MAGISTRTE JUDGE